UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CLIFTON MOFFAT,

    Plaintiff,

v.                                                      Case No. 2:06-cv-300
                                                         HON. R. ALLAN EDGAR

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 16, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Plaintiff has failed to show that his religious beliefs were violated under the First Amendment or under the Religious Land Use and Institutionalized Person Act. Plaintiff has failed to show a substantial burden of his sincerely held religious beliefs. Plaintiff admits that he worships as a Protestant, but asserts that he actually practices Judaism. Plaintiff asserts that he is entitled to a Kosher meal. Until the prison recognizes that plaintiff's faith is sincerely Judaism, plaintiff cannot receive a Kosher meal. The prison has set forth a policy for granting Kosher meal requests. A prisoner is not simply entitled to a Kosher meal upon request.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #19) is approved and adopted as the opinion of the Court.


Dated: 10/4/07                                    */s/ R. Allan Edgar*
                                                                       R. ALLAN EDGAR
                                                                       UNITED STATES DISTRICT JUDGE